UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| In re Search Warrant 22-mj-4119 | ) | CASE NO. 22-mj-4119 |
| | ) | |
| | ) | JUDGE NEWBERN |
| | ) | |

## MOTION TO UNSEAL SEARCH WARRANT

COMES NOW the United States of America, by and through Mark H. Wildasin, United States Attorney, and the undersigned Assistant United States Attorney, Monica R. Morrison, and moves the court to unseal the above-referenced Search Warrant.

A proposed order to unseal the above described documents accompanies this motion.

Respectfully submitted,

MARK H. WILDASIN
United States Attorney

By: *s/ Monica R. Morrison*
MONICA R. MORRISON
Assistant U. S. Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203
Telephone: 615-736-5151